FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER BEARCHUM, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br>　　　　　　Defendant. | NO: 4:23-CV-5024-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　BEFORE THE COURT is the parties' Stipulated Motion for Dismissal. ECF No. 16. The parties agree that all claims in this action shall be dismissed with prejudice and without costs. The Court has reviewed the record and files herein and is fully informed.

　　　According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs.

2. All pending motions are denied as moot.

3. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED September 15, 2023.



THOMAS O. RICE
United States District Judge